## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**VIJON HINTON**
**ADC #659422**                                                    **PLAINTIFF**

v.                              **No. 1:15-cv-58-DPM-JWC**

**CHRIS BRANDON, Officer, North**
**Central Unit; JUSTINE MINOR,**
**Disciplinary Hearing Officer, ADC;**
**and DAVID WHITE, Warden, North**
**Central Unit**                                                  **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts the recommendation, № 3, and

overrules Hinton's objection, № 7. Hinton's complaint will be dismissed with

prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C.

§ 1915(g). An *in forma pauperis* appeal from this Order and accompanying

Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Court

directs the Clerk to make a copy of № 7, as he requested, and send it to

Hinton with this Order.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 May 2015