IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VIJON HINTON
ADC #659422                                    PLAINTIFF

v.                  No. 1:15-cv-58-DPM

CHRIS BRANDON, Officer, North
Central Unit; JUSTINE MINOR,
Disciplinary Hearing Officer, ADC;
and DAVID WHITE, Warden, North
Central Unit                                DEFENDANTS

## JUDGMENT

Hinton's complaint is dismissed with prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

28 May 2015